## IN THE SUPREME COURT OF THE STATE OF NEVADA

TRAVIS WILFORD BOWLES,
Petitioner,

vs.

THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
CONNIE J. STEINHEIMER, DISTRICT
JUDGE,
Respondents.

No. 84929

**FILED**

JUL 2 9 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus or in the alternative to show cause pursuant to NRS 34.160 et seq. seeking to compel the district court to conduct an evidentiary hearing and consider the merits of petitioner's habeas petition.

This court has original jurisdiction to issue writs of mandamus and the issuance of such extraordinary relief is within this court's sole discretion. *See* Nev. Const. art. 6, § 4; *D.R. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736-37 (2007). Petitioner bears the burden to show that extraordinary relief is warranted and such relief is proper only when there is no plain, speedy, and adequate remedy at law. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004).

Although petitioner provided a brief affidavit wherein he references the dismissal of a habeas petition, he has not provided this court with any record or documentation in support of his claims and necessary for this court's consideration of the petition. *See* NRAP 21(a)(4) (providing that petitioner shall submit an appendix containing all documents "essential to

22-23947

understand[ing] the matters set forth in the petition"). We conclude that petitioner has failed to demonstrate our intervention by extraordinary writ is warranted. Therefore, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:     Hon. Connie J. Steinheimer, District Judge
        Travis Wilford Bowles
        Attorney General/Carson City
        Washoe District Court Clerk